UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

UNITED STATES OF AMERICA,                                  Criminal No. 07-166(2) JNE/AJB

          Plaintiff,

v.                                                                              **ORDER**

ROBERTO RIVERA-MIRANDA,

          Defendant.

    Erica H. MacDonald, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

    Steve L. Bergerson, Esq., for the defendant, Roberto Rivera-Miranda.

    Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 18, 2009, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Roberto Rivera-Miranda's Motion for Suppression of Electronic Surveillance and Wiretapping is **denied** [Docket No. 712].

Dated: March 9, 2009

                                                s/ Joan N. Ericksen
                                                Joan N. Ericksen
                                                United States District Court Judge